**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**JAMES J. CADIZ-TAYLOR, SR.,**

    **Plaintiff,**

    v.                                                            Case No. 14-CV-1007

**ROBERT PIGEON, REBECCA CRUZ,**
**and CARLOTTA ADAMS,**

    **Defendants.**

---

## DECISION AND ORDER

The plaintiff, James J. Cadiz-Taylor, Sr., who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a petition to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated August 22, 2014, plaintiff was ordered to forward to the Clerk of Court within twenty-one days the sum of $10.17 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. To date the plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee this court infers that the plaintiff no longer wants to prosecute this action.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2014.

                                                                    s/ Lynn Adelman
                                                                    _____
                                                                    LYNN ADELMAN
                                                                    District Judge